IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HILDA LOPEZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 7:09CV5003 |
| vs. ) | |
| ) | ORDER |
| IOAN DASCAL, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following a telephone conference with counsel for the parties on October 9, 2009.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **December 1, 2009, at 2:00 p.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 9th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge