IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Hilda Lopez, etal,<br>　　　　Plaintiffs, | )<br>)<br>) | Case Number:   7:09CV5003 |
| v. | )<br>)<br>) | **CONSENT TO EXERCISE<br>OF JURISDICTION BY<br>UNITED STATES MAGISTRATE JUDGE** |
| Ioan Dascal, | )<br>) | **THALKEN AND<br>ORDER OF REFERENCE** |
| 　　　　Defendant | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have United States magistrate judge Thalken conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.  Any appeal shall be taken to the United States court of appeals for this circuit.  <u>Plaintiff Hilda Lopez and Defendant Ioan Dascal have previously consented to said jurisdiction.</u>

| <u>Signature of Attorney or Party</u> | Name of Party | Date |
|---|---|---|
| [signature] | For Maida Lopez and Antonio Lopez-Guerrero, Sr, Individually and as the Natural Parents of Antonio Lopez-Guerrero Jr., a minor, Plaintiffs. | 10-12-09 |
| [signature] | For Elsa Fernandez, Plaintiff | 10-12-09 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

10/13/2009　　　　　　　　　　　　　　　[signature]
Date　　　　　　　　　　　　　　　　　　United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT <u>**ONLY IF**</u> ALL PARTIES HAVE CONSENTED <u>**ON THIS FORM**</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03