**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **HILDA LOPEZ, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **7:09CV5003** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **IOAN DASCAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte*.

On December 30, 2009, the plaintiffs filed a Second Amended Complaint (Filing No. 24). The plaintiffs filed the Second Amended Complaint without leave of court or a motion seeking leave of court. Additionally, there is no evidence in the record the plaintiffs obtained written consent from the opposing party. Moreover, the plaintiffs' amended complaint appears as a voluntary dismissal of certain plaintiffs and their claims. Finally, the plaintiffs filed the Second Amended Complaint outside the August 7, 2009, deadline for filing motions to amend. **See** Filing No. 15 - Initial Progression Order. For these reasons, the plaintiffs' filing is in violation of both the local and federal civil rules of procedure. **See** NECivR 15.1; Fed. R. Civ. P. 15(a), 16(b), and 41. Failure to comply with these rules may result in the court striking the plaintiffs' Second Amended Complaint. The court will allow the plaintiffs a brief period to either comply with rules of procedure or otherwise show cause why the amended complaint should not be stricken. Accordingly,

**IT IS ORDERED:**

The plaintiffs shall have to **on or before January 15, 2010**, to show cause why the Second Amended Complaint should not be stricken.

DATED this 4th day of January, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge