**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **HILDA LOPEZ, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 7:09CV5003 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **IOAN DASCAL,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' response (Filing No. 26) to the court's January 7, 2010, show cause order (Filing No. 25). The plaintiffs state the defendant has no objection to the filing of the Second Amended Complaint, which includes the voluntary dismissal of parties after a partially successful mediation. Under these circumstances, the court finds the plaintiffs have shown good cause for filing the Second Amended Complaint. Upon consideration,

**IT IS ORDERED:**

1.  The defendant shall have to **on or before January 21, 2010**, to respond to the Second Amended Complaint.

2.  The Clerk of Court shall amend the docket and case caption to reflect parties remaining in the Second Amended Complaint.

DATED this 7th day of January, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge