## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

HILDA LOPEZ, et al.,                          )
                                              )
     Plaintiffs,    )    7:09CV5003
                                              )
 vs.                                      )    **ORDER**
                                              )
IOAN DASCAL,                                   )
                                              )
     Defendant.      )

   This matter is before the court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 28).  The court finds that the parties' stipulation should be granted.

   **IT IS ORDERED** that the parties' stipulation (Filing No. 28) is adopted and this case is dismissed with prejudice, as to the following plaintiffs:  (1) Hilda Lopez; (2) Elsa Fernandez; and (3) Maida Lopez and Antonio Lopez-Guerrero, Sr., as the natural parents of Antonio Lopez-Guerrero, Jr. a minor.  The individual claims of Maida Lopez and Antonio Lopez-Guerrero, Sr. against Ioan Dascal remain pending.

   DATED this 13th day of January, 2010.

         BY THE COURT:


          s/ Thomas D. Thalken
         United States Magistrate Judge