## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAIDA LOPEZ and ANTONIO LOPEZ-GERRERO, SR., ) ) ) Plaintiff, ) ) vs. ) ) IOAN DASCAL, ) ) Defendant. ) | 7:09CV5003 ORDER |

    This matter comes before the Court upon the Joint Motion of the parties for an Order rescheduling the pretrial conference set in this case for May 13, 2010 (Filing No. 39). The Court finds there is good cause for rescheduling the pretrial conference and that the parties have stipulated to rescheduling.

    **IT IS THEREFORE ORDERED** that the motion (Filing No. 39) is granted and the pretrial the conference shall be rescheduled to **May 14, 2010, at 10:00a.m.** in chambers, Suite 2271, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    DATED this 15th day of March, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge