# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAIDA LOPEZ and ANTONIO LOPEZ-GERRERO, SR., <br><br> Plaintiff, <br><br> v. <br><br> IOAN DASCAL, <br><br> Defendant. | 7:09cv5003 <br><br> ORDER |

Upon notice of settlement given to the magistrate judge on April 20, 2010, by Cletus W. Blakeman, counsel for the plaintiff,

**IT IS ORDERED that:**

1.  **On or before May 12, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3.  The pretrial conference scheduled for May 14, 2010, is cancelled upon the representation that this case is settled.

4.  The jury trial scheduled for June 1, 2010, in North Platte, Nebraska, is cancelled upon the representation that this case is settled.

DATED this 20th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge