# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILDA LOPEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 7:09CV5003 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IOAN DASCAL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 44).  The court finds that the parties' stipulation should be granted.

**IT IS ORDERED** that the parties' stipulation (Filing No. 44) is granted.  The complaint and the counterclaims are dismissed with prejudice, each party to bear its own costs.

DATED this 6th day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge